UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Philips Lighting North America Corporation and Philips Lighting Holding B.V<br><br>Plaintiffs (Complainants),<br><br>v.<br><br>Feit Electric Company, Inc., Feit Electric Company, Inc. (China), Lowe's Companies, Inc., L G Sourcing, Inc., Satco Products, Inc., Wangs Alliance Corporation d/b/a WAC Lighting Co., and WAC Lighting (Shanghai) Co. Ltd.<br><br>Defendants (Respondents) | Miscellaneous Action No: _____ |

## LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff **Philips Lighting North America Corporation**, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   i. *The identity of any parent corporation:* The Genlyte Group Incorporated, Philips Lighting Holding B.V., and Philips Lighting N.V.

   ii. *The identity of any publically held corporation that owns 10% or more of its stock:* Koninklijke Philips N.V.

Plaintiff **Philips Lighting Holding B.V.**, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   i. *The identity of any parent corporation:* Philips Lighting N.V.

   ii. *The identity of any publically held corporation that owns 10% or more of its stock:* Koninklijke Philips N.V.

Dated: 2/8/2018

Respectfully submitted,

_____
Christine E. Lehman (D.C. Bar No. 444728)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Tel. (202) 408-4000